E-FILED
Thursday, 28 February, 2008  03:28:38 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## Urbana Division

| | |
|---|---|
| TINA KELLEMS,           )<br>             Plaintiff,   )<br>    v.                                    )<br>                                        )<br>COMMISSIONER OF SOCIAL )<br>SECURITY, suing Michael J. Atrue, )<br>Commissioner of Social Security, )<br>                                        )<br>             Defendant.   ) | Case No. 08-2054 |

# DEFICIENCY ORDER

The pro se plaintiff, **Tina Kellems,** has submitted a complaint and seeks leave to proceed *in forma pauperis*. Under the court's local rules, the plaintiff must provide the court with a copy of the complaint for each defendant, completed summons forms and U.S. Marshals service forms (USM-285) for each defendant. *See* CDIL-LR 16.3(A).

**IT IS THEREFORE ORDERED** that failure to comply with the court's deficiency order within twenty-one (21) days will result in summary dismissal of this case, without prejudice. The clerk is directed to provide the plaintiff with blank forms. Plaintiff's Motion for Leave to Proceed Informa Pauperis and Supporting Declaration [1] will be ruled upon when the deficiencies are cured.

ENTER this 28th day of February, 2008.

                                                    s/ DAVID G. BERNTHAL
                                                    U.S. MAGISTRATE JUDGE