E-FILED
Monday, 17 March, 2008  08:54:25 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **TINA KELLEMS,** ) | |
|              **Plaintiff,** ) | |
|   v. ) | |
| ) | Case No. 08-2054 |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **suing as Michael J. Astrue,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
|             **Defendant.** ) | |

# O R D E R

The pro se Plaintiff **Tina Kellems** has submitted a complaint and an Application to Proceed Without Prepayment of Fees and Affidavit **[1]** which is hereby **GRANTED**, granting Plaintiff leave to proceed without prepayment of fees and costs pursuant to 28 U.S.C. § 1915. Accordingly, the Court now enters the following order.

**IT IS ORDERED** that the United States Marshal serve a copy of the complaint, summons, and order granting leave to proceed in forma pauperis upon the Defendant as directed by the Plaintiff. All costs of service shall be advanced by the United States.

**IT IS FURTHER ORDERED** that the Plaintiff shall serve upon the Defendant (or upon defense counsel once they have entered an appearance), a copy of every further pleading or other document submitted for consideration by the Court. She shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to the Defendant or its counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the Court.

**IT IS FURTHER ORDERED** that the Plaintiff immediately notify the Court of any change in her mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to notify the parties of their option to consent to disposition of this case before a U.S. Magistrate Judge by providing the Plaintiff with a magistrate judge consent form and accompanying court explanation. Upon receipt of the signed consent from the Plaintiff, the clerk is further directed to forward the consent to the Defendant for consideration

ENTER this 17th day of March, 2008

                                                           s/ DAVID G. BERNTHAL
                                                         U.S. MAGISTRATE JUDGE