# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# Urbana Division

| | |
|---|---|
| **TINA KELLEMS,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 08-2054 |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| Defendant. ) | |

# ORDER

In June 2007, Administrative Law Judge David Thompson (hereinafter "ALJ") denied Plaintiff Tina Kellems' application for disability insurance benefits (hereinafter "DIB"). The ALJ based his decision on findings that, although Plaintiff suffers from severe impairments, she is capable of performing other jobs that exist in significant numbers in the national economy; therefore, she is not disabled within the meaning of the Social Security Act.

The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.

In March 2008, Plaintiff filed a Complaint (#5) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny DIB. In December 2008, Plaintiff filed a Motion for Summary Judgment (#28). In March 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#32). In April 2009, Plaintiff filed a Reply (#33).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#28). Consistent with the Court's reasoning in the order denying motion (#28), the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#32)**. This case is closed.

ENTER this 1st day of September, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE